IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-01179-MSK-CBS                Date: June 27, 2014
Courtroom Deputy: Amanda Montoya              FTR – Reporter Deck-Courtroom A402

*Parties:*                                                                    *Counsel:*

DAN SKOKAN, et al.                                            Cajardo Lindsey
                                                                              Richard Kaudy

Plaintiff,

v.

AMERICAN FAMILY                                            Colin Campbell
MUTUAL INSURANCE CO.                                  Christian Monson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:01 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding initial disclosures, damages listed in Complaint [3], and Motion to Remand for Lack of Subject Matter Jurisdiction [13].

Plaintiff verbally withdrawals Motion to Remand for Lack of Subject Matter Jurisdiction [13] on the record.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Plaintiff shall make Rule 26(a)(1) disclosures **on or before**: **June 30, 2014**
Each side shall be limited to **10** depositions **including experts.**
Each side shall be limited to **25** interrogatories including discreet sub-parts, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment to Pleadings: **July 24, 2014**
Discovery Cut-off: **December 23, 2014**
Dispositive Motions Deadline: **February 10, 2015**
Each side shall be limited to **4** expert witnesses, absent leave of court.

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a **5** day jury trial.

Scheduling Order is signed and entered with interlineations.

**Court in recess: 11:25 a.m.**

Hearing concluded.
Total time in court:     00:24

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.